STATE OF CONNECTICUT *v.* MABLE MERCADO

The defendant's petition for certification for appeal from the Appellate Court, 34 Conn. App. 501 (AC 11592), is denied.

*Kent Drager,* assistant public defender, in support of the petition.

*Mary H. Lesser,* assistant state's attorney, in opposition.

Decided July 7, 1994

JOSEPH WILSON *v.* WARDEN, STATE PRISON

The respondent's petition for certification for appeal from the Appellate Court, 34 Conn. App. 503 (AC 12740), is denied.

*Madeline A. Melchionne,* assistant attorney general, in support of the petition.

*Paula Mangini Montonye,* assistant public defender, in opposition.

Decided July 7, 1994

CYNTHIA GIOVACCHINO *v.* MARK S. LICSAK

The plaintiff's petition for certification for appeal from the Appellate Court, 34 Conn. App. 906 (AC 11840), is denied.

*Enrico Vaccaro,* in support of the petition.

*Benson A. Snaider,* in opposition.

Decided July 7, 1994